JACOB MORGENTHALER, Respondent, *v.* THOMAS G. CARLIN, Respondent.

L. VICTOR FLECKLES, Appellant.

*Morgenthaler* v. *Carlin*, 132 App. Div. 361, affirmed.
(Submitted February 7, 1910; decided February 22, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 7, 1909, which affirmed an order of Special Term denying a motion for a retaxation of costs.

The following question was certified : " Does the stipulation in reference to the referee's fees in this action preclude the referee from receiving compensation for the time spent in the business of the reference in addition to the time occupied by the sittings ? "

*Conrad Saxe Keyes* and *L. Victor Fleckles* for appellant.

*Harlan Moore* for respondent.

Order affirmed, without costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Dissenting : VANN and WERNER, JJ.